IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

KENNETH CRISSUP                          §

VS.                                      §    CIVIL ACTION NO. 1:09cv385

JOSEPH SMITH, ET AL                      §

O R D E R

The court previously entered an order directing the United States Marshals Service to attempt to serve defendant Joseph Smith at an address provided to the court by the Texas Attorney General's Office.  However, the Marshals Service was unable to effect service because defendant Smith was no longer at the address provided.  At the request of the court, the Attorney General's Office has provided the court with a new address.  It is accordingly

**ORDERED** that the Clerk of Court shall issue process for Joseph Smith and the United States Marshals Service shall serve process upon defendant Smith at the address set forth in document number 88.  The United States Marshals Service shall also serve defendant Smith with a copy of the complaint (doc. no. 2), and a copy of this order, as well as the Order to Answer previously entered (doc. no. 4).  Defendant Smith shall have forty (40) days from the date of service of process to answer or otherwise plead to the claims against him.

Pending service upon defendant Smith, this matter is **ADMINISTRATIVELY CLOSED.**  Once a return of service has been filed,

this matter will be reopened, a ruling will be issued on the motion for summary judgment previously filed, and the claims against defendant Smith will be considered by the court.

        **SIGNED** this   14   day of       July      , 2016.


                                               KEITH F. GIBLIN
                                             UNITED STATES MAGISTRATE JUDGE